### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter: 13 |
|     William George Thomas and Karen Regina Thomas | |
|        Debtor(s) | Bankruptcy No: 10–13202–jkf |

## *O R D E R*

AND NOW, this April 23, 2010 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

And the following documents are missing

Schedules A–J due 05/5/2010. Statement of Financial Affairs due 05/5/2010. Summary of schedules due 05/5/2010. Statistical Summary of Certain Liabilities due 05/5/2010. Chapter 13 Plan due 05/5/2010.

It is hereby ORDERED that, if the debtor has not filed the Matrix List of Creditors (as required by L.B.R. 1007–2) or the Certificate of Credit Counseling or a Request for a Waiver from the Credit Counseling Requirement, then those documents are due within 7 days of the filing of the petition or else this case may be dismissed without additional notice or hearing after that date.

It is further ORDERED that all other missing documents are due within 14 days of the date of the filing of the petition, unless an extension for cause, sought prior to the expiration of 14 days, is granted. If not, this case may be dismissed without additional notice or hearing after 5/5/10 .

By the Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court