IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : CHAPTER 13 |
| --- | --- |
| William George Thomas | : |
| xxx-xx-5003 | : NO. 10-13202JKF |
| Karen Regina Thomas | : HEARING DATE: |
| xxx-xx-5030 | : TIME: |
| 1374 Kennedy Street | : LOCATION : COURTROOM NO. 3 |
| Philadelphia, Pa 19124 | : ROBERT N.C. NIX FEDERAL CTHSE. |
| Debtors | : 900 MARKET ST., 2ND FLOOR |
| | : PHILADELPHIA, PA 19106 |

**ORDER**

AND NOW, this 7th day of May, 2010, it is hereby ORDERED and DECREED that the Debtors, William George Thomas, and Karen Regina Thomas, shall be granted an additional period of time, not to exceed 30 days, or until May 21, 2010, in which to file schedules, statement of affairs, and other documents (if any) as a part of their Petition in Bankruptcy.

BY THE COURT:

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge.